16 MISC 006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                    :

IN RE APPLICATION OF NEIL MATHER AND :
ALAN ROBERTS, AS LIQUIDATORS OF    :
CARLYLE CAPITAL CORPORATION      :
LIMITED (IN LIQUIDATION), FOR JUDICIAL :
ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 :
                                      :
---------------------------------------------------------------x

Miscellaneous Action No.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/16

## [~~PROPOSED~~] ORDER

Having reviewed the Application of Neil Mather and Alan Roberts, as
Liquidators of Carlyle Capital Corporation Limited (in Liquidation) (collectively, the
"Liquidators") for Judicial Assistance Pursuant to 28 U.S.C. § 1782, the Liquidators'
Memorandum of Law, the Declaration of Scott M. Berman, with exhibits, and the
Declaration of Neil Mather, with exhibits,

IT IS HEREBY ORDERED THAT:

1.     The Liquidators' application pursuant to 28 U.S.C. § 1782 for
discovery from Patrick Trozzo ("Mr. Trozzo") is hereby granted;

2.     Scott M. Berman of Friedman Kaplan Seiler & Adelman LLP,
counsel for the Liquidators, is hereby appointed to take such steps as may be necessary to
obtain the testimony of Mr. Trozzo, including issuing a subpoena requiring Mr. Trozzo to
appear for deposition concerning matters relevant to the business and affairs of Carlyle
Capital Corporation Limited (in Liquidation), in particular the matters referred to in
paragraphs 20 through 26 of the Declaration of Neil Mather; and

3.      Mr. Trozzo shall be given no fewer than fourteen (14) days from the

date of service of the subpoena to respond or otherwise move with respect to the subpoena.


Dated:  New York, New York
        January 8, 2016

                                    SO ORDERED:


                                    _____
                                    U.S.D.J.        Part 1

2

3155595.1