UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NEIL MATHER and ALAN ROBERTS, as
liquidators of Carlyle Capital Corporation limited,

                              Plaintiffs                    16-MC-06 (P1)

-v -                                               <u>ORDER</u>

CARLYLE INVESTMENT MANAGEMENT
LLC, *et al.*,
                            Defendants.
------------------------------------------------------------X

J. PAUL OETKEN, District Judge:

       The parties have filed motions to vacate (Dkt. Nos. 6, 15) and a crossmotion and opposition (Dkt. No. 22). Any reply to the opposition is due on February 17, 2016. Oral argument will be held on February 23, 2016, at 2:00 p.m., before the assigned Part 1 judge.

       SO ORDERED.

Dated: February 10, 2016
       New York, New York

                                                           _____
                                                           J. PAUL OETKEN
                                                         United States District Judge